92 A.3d 668

IN THE MATTER OF FELIX NIHAMIN, AN ATTORNEY AT LAW (ATTORNEY NO. 013071995).

June 18, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–245, concluding that as a matter of final discipline pursuant to *Rule* 1:20–13(c), that **FELIX NIHAMIN** of **NEW YORK, NEW YORK,** who was admitted to the bar of this State in 1995, should be suspended from the practice of law for a period of three months based on respondent's guilty plea in the Superior Court of New Jersey to misapplication of entrusted property (third degree), in violation of *N.J.S.A.* 2C:21–15, conduct that violates *RPC* 8.4(b) (commission of a criminal act that reflects adversely on a lawyer's honesty, trustworthiness or fitness as a lawyer), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And good cause appearing;

It is ORDERED that **FELIX NIHAMIN** is suspended from the practice of law for a period of three months, effective July 17, 2014, and until the further Order of the Court; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.